**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00835-CV

**ECLAT PRIVATE EQUITY, INC. ET AL, Appellants**

**V.**

**HASSAN PARSA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05093**

## ORDER

We **GRANT** appellee's second motion for extension of time to file brief and **ORDER** the brief be filed no later than May 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE